**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:15-CR-018-APG-(VCF) |
| LISSETTE ALVAREZ, | ) ) ) |
| Defendant. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that defendant LISSETTE ALVAREZ pled guilty to Counts One and Six of a Six-Count Criminal Indictment charging her in Count One with Conspiracy to Commit Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1349 and in Count Six with Wire Fraud in violation of Title 18, United States Code, Section 1343. Criminal Indictment, ECF No. 26; Plea Agreement, ECF No. 108; Change of Plea, ECF No. 109.

This Court finds defendant LISSETTE ALVAREZ agreed to the imposition of the in personam criminal forfeiture money judgment of $7,440 set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment, not to be held jointly and severally liable with any codefendants. Criminal Indictment, ECF No. 26; Plea Agreement, ECF No. 108; Change of Plea, ECF No. 109.

This Court finds that LISSETTE ALVAREZ shall pay an in personam criminal forfeiture money judgment of $7,440 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section

2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from LISSETTE ALVAREZ an in personam criminal forfeiture money judgment in the amount of $7,440.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

Dated:  April 7, 2016.

_____
UNITED STATES DISTRICT JUDGE