MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax No.(702) 385-3001
Attorney for Defendant Lissette Alvarez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-18-APG-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| vs. | ) | **SENTENCING HEARING** |
| | ) | |
| LISSETTE ALVAREZ, | ) | (First Request) |
| | ) | |
| Defendant1. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, by and through Daniel J. Cowhig, Assistant United States Attorney, and Defendant Lissette Alvarez, by and through her counsel, Mace J. Yampolsky, Esq., that:

1. Defendant Lissette Alvarez's sentencing hearing, currently scheduled for Thursday, June 30, 2016, at the hour of 9:00 a.m., be continued until some date beyond November 14, 2016, the scheduled trial date for Co-Defendants Jason Demko and Lorraine Riddiough, to be determined by the convenience of the Court.

2. Defendant Lissette Alvarez expects to be called as a witness in the trial of the codefendants. That trial is scheduled to begin on November 14, 2016 and is anticipated to last approximately two weeks. Because her plea agreement includes provisions that require her to testify truthfully in that matter and in any other if called to do so, and because she expects her relative culpability to be a

favorable factor in her sentencing, defendant Alvarez believes it in her best interest to defer sentencing until the trial of her codefendants is complete.

3. The defendant is out of custody and agrees to continuance of the sentencing hearing.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request to continue sentencing in this case.

6. Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

DATED this 16th day of June, 2016.

DANIEL G. BOGDEN
United States Attorney

| /s/ Daniel J. Cowhig | /s/ Mace J. Yampolsky |
|---|---|
| Daniel J. Cowhig, Esq. | Mace J. Yampolsky, Esq. |
| Assistant United States Attorney | Counsel for Defendant Alvarez |
| Counsel for Plaintiff | |

MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax No.(702) 385-3001
 Attorney for Defendant Lissette Alvarez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-18-APG-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINDINGS OF FACT AND** |
| vs. | ) | **CONCLUSIONS OF LAW** |
| | ) | |
| LISSETTE ALVAREZ, | ) | |
| | ) | |
| Defendant1. | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. Defendant Lissette Alvarez's sentencing hearing is currently scheduled for June 30, 2016, at the hour of 9:00 a.m.

2. Defendant Lissette Alvarez expects to be called as a witness in the trial of the codefendants. That trial is scheduled to begin on November 14, 2016 and is anticipated to last approximately two weeks. Because her plea agreement includes provisions that require her to testify truthfully in that matter and in any other if called to do so, and because she expects her relative culpability to be a favorable factor in her sentencing, defendant Alvarez believes it in her best interest to defer sentencing until the trial of her codefendants is complete.

3. The defendant is out of custody and agrees to continuance of the sentencing hearing.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request to continue sentencing in this case.

6. Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

## **CONCLUSIONS OF LAW**

Based on the fact that Defendant Lissette Alvarez's testimony, her cooperation and its usefulness cannot be evaluated by the United States Attorney until the trial of the codefendants which commences on or about November 14, 2016, and based on the fact that counsel for the parties do not object to the continuance, and based on the fact that denial of this request for continuance could result in a miscarriage of justice; the Court hereby concludes that:

1. The ends of justice are served by granting said continuance since the failure to grant said continuance would be likely to result in a miscarriage of justice.

## **ORDER**

IT IS THEREFORE ORDERED that the sentencing date of Lissette Alvarez currently scheduled for June 30, 2016, at the hour of 9:00 a.m., be vacated and continued until Tuesday, November 29, 2016 at 9:00 a.m. in Courtroom 6C.

_____
UNITED STATES DISTRICT JUDGE
DATED:   6/17/2016