**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LISSETTE ALVAREZ,<br><br>Defendant. | Case No. 2:15-cr-018-APG-VCF<br><br>**ORDER**<br><br>(ECF No. 133) |

Defendant Lissette Alvarez's Petition for Extension of Time to Clear Warrants and Pay Fine (ECF No. 133) is GRANTED. Defendant Alvarez has until February 1, 2017 to satisfy her outstanding warrant and financial obligations.

Dated: January 6, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE