MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax No.(702) 385-3001
Attorney for Defendant Lissette Alvarez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-18-APG-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| vs. | ) | **SENTENCING HEARING** |
| | ) | |
| LISSETTE ALVAREZ, | ) | (Third Request) |
| | ) | |
| Defendant1. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, by and through Daniel J. Cowhig, Assistant United States Attorney, and Defendant Lissette Alvarez, by and through her counsel, Mace J. Yampolsky, Esq., that:

1. Defendant Lissette Alvarez's sentencing hearing, currently scheduled for Thursday, May 18, 2017, at the hour of 9:00 a.m., be continued until some date beyond September 11, 2017, the scheduled trial date for Co-Defendants Jason Demko, Mark Jones and Lorraine Riddiough, to be determined by the convenience of the Court.

2. Defendant Lissette Alvarez expects to be called as a witness in the trial of the codefendants. That trial is scheduled to begin on September 11, 2017, and is anticipated to last approximately two weeks. Because her plea agreement includes provisions that require her to testify truthfully in that matter and in any other if called to do so, and because she expects her relative culpability to be a

1

favorable factor in her sentencing, defendant Alvarez believes it in her best interest to defer sentencing until the trial of her codefendants is complete.

3. The defendant is out of custody and agrees to continuance of the sentencing hearing.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the third request to continue sentencing in this case.

6. Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

DATED this 15th day of November, 2016.

DANIEL G. BOGDEN
United States Attorney

| /s/ Daniel J. Cowhig | /s/ Mace J. Yampolsky |
|---|---|
| Daniel J. Cowhig, Esq. | Mace J. Yampolsky, Esq. |
| Assistant United States Attorney | Counsel for Defendant Alvarez |
| Counsel for Plaintiff | |

MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax No.(702) 385-3001
Attorney for Defendant Lissette Alvarez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-18-APG-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINDINGS OF FACT AND** |
| vs. | ) | **CONCLUSIONS OF LAW** |
| | ) | |
| LISSETTE ALVAREZ, | ) | |
| | ) | |
| Defendant1. | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. Defendant Lissette Alvarez's sentencing hearing is currently scheduled for Thursday, May 18, 2017, at the hour of 9:00 a.m.

2. Defendant Lissette Alvarez expects to be called as a witness in the trial of the codefendants. That trial is scheduled to begin on September 11, 2017, and is anticipated to last approximately two weeks. Because her plea agreement includes provisions that require her to testify truthfully in that matter and in any other if called to do so, and because she expects her relative culpability to be a favorable factor in her sentencing, Defendant Alvarez believes it in her best interest to defer sentencing until the trial of her codefendants is complete.

3. The defendant is out of custody and agrees to continuance of the sentencing hearing.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the third request to continue sentencing in this case.

6. Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

## **CONCLUSIONS OF LAW**

Based on the fact that Defendant Lissette Alvarez's testimony, her cooperation and its usefulness cannot be evaluated by the United States Attorney until the trial of the codefendants which commences on or about September 11, 2017, and based on the fact that counsel for the parties do not object to the continuance, and based on the fact that denial of this request for continuance could result in a miscarriage of justice; the Court hereby concludes that:

1. The ends of justice are served by granting said continuance since the failure to grant said continuance would be likely to result in a miscarriage of justice.

## **ORDER**

IT IS THEREFORE ORDERED that the sentencing date of Lissette Alvarez currently scheduled for May 18, 2017, at the hour of 9:00 a.m., be vacated and continued until Thursday, October 12, 2017 at 9:00 a.m. in Courtroom 6C.

UNITED STATES DISTRICT JUDGE
DATED: May 15, 2017