MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax No.(702) 385-3001
Attorney for Defendant Lissette Alvarez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-18-APG-VCF |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| LISSETTE ALVAREZ, | ) | (Sixth Request) |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and Defendant Lissette Alvarez, by and through her counsel, Mace J. Yampolsky, Esq., that:

1. Defendant Lissette Alvarez's sentencing hearing, currently scheduled for August 9, 2018, be continued for a period of thirty days.

2. Defendant's counsel will be out of the jurisdiction from August 2, 2018 through August 13, 2018.

3. The Defendant waives any right she might have to speedy sentencing in this matter.

4. The defendant is out of custody and agrees to continuance of the sentencing hearing.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

1

6. This is the sixth request to continue sentencing in this case.

7. Counsel for both parties agree that the proposed continuance is sought in good faith and not for purposes of delay.

DATED this 30th day of July, 2018.

DAYLE ELIESON
United States Attorney

| /s/ Daniel J. Cowhig | /s/ Mace J. Yampolsky |
|---|---|
| Daniel J. Cowhig | Mace J. Yampolsky, Esq. |
| Assistant United States Attorney | Counsel for Defendant Alvarez |

MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No. 001945
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax No.(702) 385-3001
Attorney for Defendant Lissette Alvarez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-18-APG-VCF |
| Plaintiff, | |
| vs. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| LISSETTE ALVAREZ, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1. The parties request that defendant Lissette Alvarez's sentencing hearing, currently scheduled for August 9, 2018, at the hour of 1:30 p.m., be continued for a period of 30 days.

2. Defendant's counsel will be out of the jurisdiction from August 2, 2018 through August 13, 2018.

3. The defendant waives any right she might have to speedy sentencing in this matter.

4. The defendant is out of custody and agrees to continuance of the sentencing hearing.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the sixth request to continue sentencing in this case.

7. Defense and Government counsel agree that the proposed continuance is sought in good faith and not for purposes of delay.

**CONCLUSIONS OF LAW**

Based on the fact that Defendant's counsel will be out of the jurisdiction from August 2, 2018 through August 13, 2018, and based on the fact that counsel for the parties do not object to the continuance, and based on the fact that denial of this request for continuance could result in a miscarriage of justice; the Court hereby concludes that:

1. The ends of justice are served by granting said continuance since the failure to grant said continuance would be likely to result in a miscarriage of justice.

**ORDER**

IT IS THEREFORE ORDERED that the sentencing date of Lissette Alvarez currently scheduled for August 9, 2018, at the hour of 1:30 p.m., be vacated and continued until October 2, 2018 at 2:30 p.m. in Courtroom 6C.

_____
UNITED STATES DISTRICT JUDGE
DATED: July 31, 2018