\_\_\_\_FILED  \_\_\_\_RECEIVED
\_\_\_\_ENTERED  \_\_\_\_SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 0 2 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-018-APG-(VCF) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| LISSETTE ALVAREZ, | |
| Defendant. | |

This Court found that LISSETTE ALVAREZ shall pay the in personam criminal forfeiture money judgment of $7,440, not to be held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 26; Plea Agreement, ECF No. 108; Change of Plea, ECF No. 109; Preliminary Order of Forfeiture, ECF No. 112.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from LISSETTE ALVAREZ the in personam criminal forfeiture money judgment of $7,440 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

///
///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 2~ day of ~~June~~ October, 2016.

_____
UNITED STATES DISTRICT JUDGE