TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Daniel.Hollingsworth@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KJD-NJK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-018-~~APG-VCF~~ |
| Plaintiff, | **Motion to Withdraw as Forfeiture Attorney** |
| v. | |
| JASON DEMKO, MARK JONES, LORRAINE RIDDIOUGH, and LISSETTE ALVAREZ, | |
| Defendants. | |

The United States moves this Court to allow Daniel D. Hollingsworth to withdraw as the forfeiture attorney of record for the United States of America in this case because forfeiture has been completed, and he should be terminated from further notification of this Court's CM/ECF system.

Dated: April 15, 2026.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General of the United States
/s/ *Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

United States Magistrate Judge

DATED: April 16, 2026